ment. April 12, 1907.) Action by George D. Dewsnap against Moses Matthews and others. No opinion. Motion denied, with $10 costs. Order filed.

---

DEWSNAP v. MATTHEWS et al. (Supreme Court, Appellate Division, First Department. April 26, 1907.) Action by George G. Dewsnap against Moses Matthews and another. No opinion. Motion dismissed.

---

DEWSNAP v. MATTHEWS et al. (Supreme Court, Appellate Division, First Department. April 26, 1907.) Action by George G. Dewsnap against Moses Matthews and another. No opinion. Motion granted, with $10 costs. Order filed.

---

DICKER, Respondent, v. BLACK et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Samuel Dicker against Samuel Black and another. No opinion. Order affirmed, with $10 costs and disbursements.

---

DIXON v. BICKFORD. (Supreme Court, Appellate Division, First Department. April 26, 1907.) Action by Elmer B. Dixon against Mary M. Bickford. No opinion. Motion denied, on condition that appellant be ready for June term. Order filed.

---

DIXON v. DIXON et al. (Supreme Court, Appellate Division, First Department. April 12, 1907.) Action by Elmer B. Dixon against Elizabeth Dixon and others. No opinion. Motion denied, with $10 costs, with leave to renew on proper papers. Order filed.

---

In re DONNELLY. In re BOGERT. (Supreme Court, Appellate Division, First Department. April 12, 1907.) In the matter of Michael T. Donnelly and in the matter of Mary E. Bogert. No opinions. Motions granted. Order filed.

---

DOUGHERTY, Appellant, v. McCULLOM, Respondent. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by John I. Dougherty against Alexander J. McCullom. No opinion. Upon the defendant's own showing plaintiff was entitled to a judgment for $7.50. Hence the dismissal of the complaint was error. Judgment of the Municipal Court (98 N. Y. Supp. 590) reversed, and new trial ordered; costs to abide the event.

---

DOUGHERTY v. M. ZIMMERMAN CO. (Supreme Court, Appellate Term. May 16, 1907.) Appeal from Municipal Court, Borough of Manhattan; Sixth District. Action by John Dougherty against the M. Zimmerman Company. Judgment for plaintiff, and defendant appeals. Reversed, and new trial ordered. Charles Stein, for appellant. Max Sheinart, for respondent.

PER CURIAM. This action was brought to recover damages for injuries to the plaintiff's horse and wagon, caused by the alleged negligence of the defendant. The evidence showed that the plaintiff's horse and wagon were standing close to the north curb on Chrystie street when the collision occurred, but is insufficient to support the judgment. Negligence must be proved, and cannot be inferred merely from the fact that a collision took place. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

---

DRAGER, Respondent, v. ROCHESTER RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 1, 1907.) Action by John Drager against the Rochester Railway Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event. Held, that the finding of the jury that plaintiff was free from contributory negligence is contrary to the evidence.

---

In re DRISCOLL. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) In the matter of the judicial settlement of the account of Patrick Driscoll, as administrator, etc., of Honora O'Brien, deceased.

PER CURIAM. Order of the Surrogate's Court of Queens county reversed, without costs, on the ground that the decree should contain separate findings of fact and conclusions of law, as required by section 2545 of the Code of Civil Procedure, and matter remitted to the surrogate for further determination.

---

DUIS, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by George W. Duis against the New York Central & Hudson River Railroad Company.

PER CURIAM. The motion is made so late as to justify an imputation of laches, and the third party who might be sued for the injury could now raise the statute of limitations. Therefore the order is reversed, with $10 costs and disbursements, and the motion denied, with costs.

---

In re DUNNING. (Supreme Court, Appellate Division, First Department. May 10, 1907.) In the matter of Charles T. Dunning. T. Watts for appellant. C. Berry, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

In re EAST RIVER GAS CO. (Supreme Court, Appellate Division, First Department. May 10, 1907.) In the matter of the East River Gas Company. No opinion. Appeal dismissed, with $10 costs and disbursements. Order filed. See 104 N. Y. Supp. 239.

---

EDISON ELECTRIC ILLUMINATING CO. OF BROOKLYN, Respondent, v. KALBFLEISCH, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by the Edison Electric Illuminating Company of Brooklyn against Franklin H. Kalbfleisch. No opinion. Motions denied, with $10 costs.